### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                      **CRIMINAL NO.  4:21-cr-38-MPM-JMV-1**

**DKOREY JONES**

### <u>ORDER SUBSTITUTING COUNSEL</u>

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest.  The Office of the Federal Public Defender contacted **Thomas C. Levidiotis** on **July 1, 2026,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Thomas C. Levidiotis** has agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Thomas C. Levidiotis** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 1st day of July 2026.

 /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE